# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH

| | |
|---|---|
| JOHN WEAVER, | ) |
| | ) |
| Plaintiff, | ) 2:25-CV-00910-MJH |
| | ) |
| vs. | ) |
| | ) |
| SHASTA SERVICES, LLC, | ) |
| | ) |
| Defendant, | |

## ORDER

AND NOW, this 22nd day of October 2025, upon consideration of Plaintiff's Complaint, (ECF No. 1), Defendant's Motion to Dismiss and accompanying brief, (ECF Nos. 10 & 11), Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss, (ECF No. 12), and Defendant's Reply, (ECF No. 14), it is ordered as follows:

Defendant's Motion to Dismiss is granted in part and denied in part. Defendant's Motion to Dismiss Plaintiff's ADEA and PHRA discrimination claims, at Count I of the Complaint, is DENIED. Defendant's Motion to Dismiss Plaintiff's wrongful termination, hostile work environment, and retaliation claims, at Counts II, III, and IV of the Complaint, is GRANTED. Defendant has until on or before November 4, 2025 to file an answer to Plaintiff's remaining ADEA and PHRA discrimination claims.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge